O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. SA 10-353M |
| Plaintiff, | ) ) | **ORDER OF DETENTION** |
| vs. | ) ) | |
| SANTIAGO HERRERA ALANIZ, | ) ) ) | |
| Defendant. | ) | |

I

A. ( ) On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.

2. ( ) an offense with maximum sentence of life imprisonment or death.

3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

    device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B. (X) On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

  1. (x) a serious risk that the defendant will flee.
  2. ( ) a serious risk that the defendant will:
    a. ( ) obstruct or attempt to obstruct justice.
    b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C. The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A. ( ) The Court finds that no condition or combination of conditions will reasonably assure:

  1. (X) the appearance of the defendant as required.
  ( ) and/or
  2. ( ) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

A. (X) As to flight risk:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

B. ( ) As to danger:

## VI

A. ( ) The Court finds that a serious risk exists the defendant will:
1. ( ) obstruct or attempt to obstruct justice.
2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

## VI

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the

1 custody of the Attorney General for confinement in a corrections facility
2 separate, to the extent practicable, from persons awaiting or serving sentences
3 or being held in custody pending appeal.

4     C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5 opportunity for private consultation with counsel.

6     D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7 States or on request of any attorney for the Government, the person in charge
8 of the corrections facility in which defendant is confined deliver the defendant
9 to a United States marshal for the purpose of an appearance in connection with
10 a court proceeding.

12 DATED: September 9, 2010

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE